# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3495

_____

Billy Edward Welch,                        *
                                           *
            Appellant,                     *
                                           *
      v.                                   *
                                           *
Donny Ford, Sheriff, Dallas County,        *
Arkansas; Raymond Naylor, Chief            *   Appeal from the United States
Deputy, Dallas County Sheriff's            *   District Court for the Eastern
Department; Gary Stell, Deputy             *   District of Arkansas.
Sheriff, Dallas County, Arkansas;          *
C. W. Franks, Grant County Sheriff's       *        [UNPUBLISHED]
Department, Grant County, Arkansas;        *
Dallas County Sheriff's Department;        *
David Butler, Attorney, Magnolia,          *
Arkansas; 13th Judicial Drug Task          *
Force,                                     *
                                           *
            Appellees.                     *

_____

Submitted: July 7, 2000

Filed: July 21, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Billy Edward Welch appeals the district court's dismissal of Welch's 42 U.S.C. § 1983 complaint as time-barred. Having reviewed the record and the parties' briefs, we conclude the district court correctly applied the statute of limitations.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.